

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

July 1, 2021

**VIA ECF**
Hon. Judge Schofield
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

Re: <u>Sanchez v. HYKSO Inc.; Case No: 1:21-cv-04035-LGS</u>

Dear Judge Schofield,

The undersigned represents Plaintiff Cristian Sanchez (hereinafter "Plaintiff") in the above-referenced matter.

The initial conference for this matter is set for July 8, 2021, at 10:40 a.m. It is now July 1, 2021, and Defendant has yet to appear. Defendant's answer was due June 2, 2021. Plaintiff is in the process of obtaining a Certificate of Default from the Clerk of the Court as to Defendant, HYKSO Inc., and will promptly be moving the Court for a Default Judgment in accordance with its Individual Rules.

In light of the above, the undersigned requests that the July 8th Conference be adjourned sine die, and further requests that Plaintiff be granted an additional 30 days in which to both obtain said Certificate of Default and present the Court with an Order to Show Cause for default judgment if Defendant fails to appear.

Thank you for your time and consideration of the above request.

Respectfully submitted,

/s/ *Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq.

The application is **GRANTED**. The initial conference scheduled for July 8, 2021, (Dkt. No. 5), is **ADJOURNED sine die**. By **August 6, 2021**, Plaintiff shall move for default judgment according to the procedures set forth in Attachment A of the Individual Rules.

The Clerk of Court is respectfully directed to close the motion at docket no. 7.

Dated: July 2, 2021
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE