

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

August 9, 2021

**VIA ECF**
Hon. Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

Re:     Sanchez v. HYKSO Inc.; Case No: 1:21-cv-04035-LGS

To the Honorable Judge Schofield,

The undersigned represents Plaintiff Cristian Sanchez (hereinafter "Plaintiff") in the above-referenced matter.

By way of background, this matter has been pending before the Court since May 5, 2021, and while Defendant was properly served, it has not appeared or otherwise responded to the Complaint.

This Letter is submitted in response to the Court's July 2, 2021, Order directing Plaintiff to move for a Default Judgment by August 6, 2021. Plaintiff first and foremost apologizes for not timely requesting an extension to file the Motion for Default Judgment. The undersigned apologizes and assures the Court that it will be more timely moving forward.

Counsel for Plaintiff has requested a certificate of default from the Clerk of the Court and respectfully requests an additional 30 days in which to attempt to contact Defendant or otherwise move for Default Judgment.

Thank you for the consideration of Plaintiff's request.

Respectfully submitted,

/s/ *Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq.

---

The application is **GRANTED**. By **September 9, 2021**, Plaintiff shall file any motion for default judgment pursuant to the procedures outlined in Attachment A of the Court's Individual Rules. Absent compelling circumstances, no further extensions will be granted.

So Ordered.

Dated: August 9, 2021
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE